FILED

2022 APR -8 AM 11:29

JOSEPHINE GRIFFIN
CHICOT CO. CIRCUIT CLERK

BY _____ D.C.

IN THE CIRCUIT COURT OF CHICOT COUNTY, ARKANSAS
CIVIL DIVISION

ELMYRA SMITH                                                    PLAINTIFF

VS                          NO: 09CV-22-32

DOLGENCORP, LLC d/b/a DOLLAR GENERAL                  DEFENDANTS
CORPORATION, DOLLAR GENERAL
CORPORATION, DG LAKE VILLAGE AR LLC,
and ARC DGLKVAROO1 LLC

## COMPLAINT

Plaintiff, Elmyra Smith, for her cause of action states and alleges as follows:

### NATURE OF ACTION, PARTIES, JURISDICTION & VENUE

**Parties:**

1.      The Plaintiff, Elmyra Smith (referred to herein as "Ms. Smith"), is and was at

all times pertinent to the events alleged herein, an individual and a resident of Chicot County,

Arkansas.

2.      The Defendant, Dollar General Corporation, is and was at the times pertinent

to the events alleged herein, a Tennessee corporation with its headquarters located at 100

Mission Ridge, Goodletsville, Tennessee 37072.  Dollar General Corporation is not

registered to do business in the State of Arkansas. The registered agent for service for Dollar

General is Corporation Service Company, 2908 Poston Ave,, Nashville, TN 37203-1312

3.      The Defendant, Dolgencorp, LLC d/b/a Dollar General is and was, at the

times pertinent to the events alleged herein, a Kentucky limited liability company registered

to do business in the State of Arkansas, and its headquarters is located at 100 Mission Ridge,

Goodletsville, Tennessee 37072. Its registered agent is Corporation Service Company, 300

Spring Building, Suite 900, 300 S. Spring Street, Little Rock, AR  72201.

1

4.      The defendant, DG LAKE VILLAGE AR LLC is, and was at all relevant times, a Foreign Limited Liability Company registered to do business in the State of Arkansas with its headquarters at P.O. Box 230, Carrollton, MS, 38917. Its registered agent is Registered Agent Solutions, Inc., 4250 N. Venetian Lane, Fayetteville, AR 72203.

5.      The defendant, ARC DGLKVAROO1 LLC, is, and was at all relevant times, a Foreign Limited Liability Company registered to do business in the State of Arkansas with its headquarters at 106 Yonkers Rd, Jenkintown, PA, 19046. Its registered agent is The Corporation Company, 124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201

6.      Upon information and belief, Dollar General Corporation, Dolgencorp, LLC, DG Lake Village, AR LLC, and ARC DGLKVAROO1 LLC are one and the same, but for some reason unknown to the Plaintiff, the companies are registered as Tennessee, Mississippi, and Kentucky limited liability companies using different names. Therefore, Plaintiff shall refer to them jointly herein as "Dollar General."

### Jurisdiction & Venue:

7.      The acts and events giving rise to this action occurred in the city of Lake Village, Chicot County, Arkansas and is provided for under Ark. Code Ann. § 16-13-201 and other applicable laws.

8.      This Court has jurisdiction over the parties herein and the subject matter of this suit pursuant to Ark. Code Ann. § 16-13-201 and pursuant to Amendment 80, § 19 of the Arkansas Constitution.

9.      Venue is proper before this Court pursuant to Ark. Code Ann. § 16-60-112(a).

### FACTUAL BASIS OF CLAIMS

2

10.    On or about July 11, 2019, Ms. Smith traveled to the Dollar General store which was located on Highway 65 in Lake Village, Arkansas .

11.    Said store and premises is open to the public as "Dollar General".

12.    Upon information and belief, Dollar General controlled, maintained, operated and possessed the aforementioned business premises.

13.    Ms. Smith was on Dollar General's business premises, lawfully and rightfully, as a business invitee in order to purchase miscellaneous items.

14.    Upon arriving at the parking lot of Dollar General, Ms. Smith exited her vehicle and walked toward the front entrance of Dollar General.

15.    The store sits on an apron of concrete raised approximately 4 inches higher than the surrounding parking lot.

16.    As Ms. Smith approached the entryway doors, she suddenly tripped on a rubber mat that had been placed in such a way that it obscured and concealed the height of the step up from the parking lot to the apron.

17.    Ms. Smith's toe caught on the raised step up concealed by the mat causing her to lose her balance and fall forward onto the concrete apron.

18.    Ms. Smith was not able to catch herself or break her fall and landed onto the concrete apron.

19.    Other shoppers who saw her fall rendered aid and helped her to her feet.

20.    Shortly thereafter the store manager came to her and took her to the back office to obtain her statement as to what happened.

21.    The mat had previously been at the entrance to the store but was moved when some items were placed outside, and the mat was not returned before Ms. Smith fell.

3

22.    Ms. Smith's daughter came to the store and took Ms. Smith to the Chicot Medical Center emergency room.

23.    Ms. Smith went to her primary care physician the next day and began the first of many treatments for injuries of her that she sustained as a result of her fall.

24.    Since the fall, Ms. Smith's primary care physician has referred her to several doctors in varying specialties seeking relief for her constant pain.

25.    Ms. Smith suffers from pain on a daily basis.

26.    Ms. Smith's life has changed dramatically, and unfortunately it will never be the same because of the injuries she has sustained as a result of Dollar General's negligence.

**COUNT I: NEGLIGENCE**

27.    Plaintiff restates and incorporates all previous allegations herein.

28.    At all times relevant to this action, the Defendants had a duty to Ms. Smith as a business invitee to use reasonable care in maintaining the business premises.

29.    The Defendants knew or should have known that the mat placement created a dangerously condition for its customers.

30.    In the normal course of events, no injury would have occurred if Defendants had used reasonable care for its business invitees.

31.    As a direct and proximate result of the Defendants acts or failures to act, as set forth herein, Ms. Smith suffered damages as stated below.

**DAMAGES**

32.    Plaintiff restates and incorporates all previous allegations herein.

4

33.    As a consequence of the injuries she has sustained, Ms. Smith has been permanently disabled and requires a cane or walker to ambulate.

34.    As a proximate result of the Defendants' negligent actions described herein, Ms. Smith has sustained in the past and will sustain in the future the following damages:

    a.    Past and future pain, suffering and mental anguish;

    b.    Past and future expenses for hospital, doctor, therapy and other medical treatment;

    c.    Permanent impairment.

35.    Damages exceed the amount necessary for Federal Court jurisdiction in diversity of citizenship cases, exclusive of interest and costs.

### RESERVATION OF RIGHTS

33.    Plaintiff reserves the right to amend this Complaint and add different and additional parties and/or causes of action as necessary and permitted by the Arkansas Rules of Civil Procedure.

### DEMAND FOR JURY TRIAL

37.    Plaintiff demands a jury trial pursuant to Rule 38 of the Arkansas Rules of Civil Procedure.

WHEREFORE, the Plaintiff, Ms. Elmyra D. Smith, prays that this Court grant judgment over the Defendants, Dollar General Corporation, Dolgencorp, LLC, DG Lake Village, AR LLC, and ARC DGLKVAROO1 LLC jointly and severally, for her damages as more specifically described herein, all which are in excess of the amount necessary for Federal Court jurisdiction in diversity of citizenship cases, exclusive of interest and costs, the exact amount to be determined by a jury; for her costs; for her attorney's fees; for the

maximum amount of pre-judgment and post-judgment interest allowed by law on all amounts

awarded herein; and for all other relief to which she is entitled in law or in equity that this

Court deems proper.

Respectfully submitted for
Elmyra D. Smith, Plaintiff herein

Morris W. Thompson

Morris W. Thompson Law Firm, P.A.
P. O. Box 662
Little Rock, AR 72203
Tele: (501) 661-8100
Fax: (501) 663-3544
Email:mwthompsonlaw@sbcglobal.net
ABN:80145