IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ELMYRA SMITH**                                                                           **PLAINTIFF**

v.                    CASE NO. 2:22-CV-00090-BSM

**DOLGENCORP, LLC** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of March, 2024.

                                                                         _____
                                                                          UNITED STATES DISTRICT JUDGE